# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY REYES,<br><br>    Petitioner,<br><br>    v.<br><br>DARREL ADAMS, Warden,<br><br>    Respondent. | Case No. CV 06-3621-ODW (JEM)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 638, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections to the Report and Recommendation, and the Court has made a de novo determination of those portions of the Report and Recommendation to which Petitioner has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that judgment be entered denying the Second Amended Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: June 21, 2010

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE