# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY REYES, | Case No. CV 06-3621-ODW (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DARREL ADAMS, Warden, | |
| Respondent. | |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith.

    IT IS HEREBY ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: June 21, 2010

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE